JOHN T. KEATING
Nevada Bar No.: 6373
K E A T I N G LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorneys for Defendant
*Allstate Fire and Casualty Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA ANTONIA ROJAS,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, a foreign insurance company, DOES I through X, ROE CORPORATIONS I through X,<br><br>Defendants. | CASE NO.: 2:18-cv-00880<br><br>**STIPULATION AND ORDER REGARDING JURISDICTIONAL LIMIT AND BAD FAITH CLAIMS AND FOR REMAND** |

IT IS HEREBY STIPULATED by and between Plaintiff MARIA ANTONIA ROJAS and Defendant ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY by and through their respective counsel, That the entire value of the case including attorney's fees, costs and interest does not exceed $75,000. In addition, the parties stipulate that Plaintiff's Causes of Action for Breach of the

Covenant of Good Faith and Fair Dealing and Unjust Enrichment are hereby dismissed with prejudice, including any and all claims for insurance bad faith. As a result of the above, the parties stipulate to remand this matter to state court.

DATED this ____ day of June, 2018.                DATED this ____ day of June, 2018.

K E A T I N G LAW GROUP                            HICKS & BRAZIER, PLLC

By: /s/JOHN T. KEATING                             By: /s/SCOTT E. PHILIPPUS
JOHN T. KEATING                                        SCOTT E. PHILIPPUS, ESQ.
Nevada Bar No.: 6373                                   Nevada Bar No.: 13223
9130 W. Russell Road, Ste. 200                         4101 Meadows Lane, Ste. 210
Las Vegas NV 89148                                     Las Vegas NV 89107
Attorney for Defendant                                 Attorney for Plaintiff
*Allstate Fire and Casualty Insurance Company*         *Maria Antonia Rojas*

## ORDER

IT IS SO ORDERED that the within matter shall be remanded back to State court.

DATED this 25th day of June, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

K E A T I N G LAW GROUP

/s/JOHN T. KEATING
JOHN T. KEATING
Nevada Bar No.: 6373
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
Attorney for Defendant
*Allstate Fire and Casualty Insurance Company*